UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL GALLAGHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-00159-MTS |
| ) | |
| STEPHEN EDWARD COOPER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

The Court ordered Plaintiff to pay an initial partial filing fee of five dollars and ninety-six cents ($5.96) no later than July 05, 2024. Doc. [6]; *see also* 28 U.S.C. § 1915(b)(1). Plaintiff submitted filings that stated he "authorizes the payment," but he did not make the payment. Doc. [7]; *see also* Doc. [8]. It is his responsibility to submit the money; it is not enough simply to inform the Court he "authorizes" it. Though the Court previously warned Plaintiff that his failure to timely pay the initial partial filing fee would result in the dismissal of this action, the Court will provide Plaintiff one more opportunity to make his initial payment. If Plaintiff fails to submit the funds by Thursday, August 01, 2024, the Court will dismiss this action without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff shall pay an initial partial filing fee of five dollars and ninety-six cents ($5.96) no later than **Thursday, August 01, 2024**. Plaintiff shall make his remittance payable to "Clerk, United States District Court," and

include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding. *See* 28 U.S.C. § 1915(b)(1).

Dated this 11th day of July 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE